ROBERT BENBENEK, an Infant, by ISABELLE J. BENBENEK, His Guardian ad Litem, et al., Respondents, *v.* BUFFALO SEWER AUTHORITY, Appellant.

Submitted April 14, 1947; decided April 17, 1947.

*Clayton M. Smith* and *Fred Van Aernam* for motion.

*Alfred L. Hetzelt* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed.